UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
TYRONE GRANT                       :

    v.                             :    CASE NO. 3:06CV1922 (AWT)

PROGRESSIVE INSURANCE COMPANY,     :
and M.H. CHODOS INSURANCE AGENCY
```

JUDGMENT

This action came on for consideration of the defendant Progressive Insurance Company's motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and issued its ruling granting the motion to dismiss, and directed the clerk to close this case.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that in accordance with the ruling of this court [see docket entry number 30, dated February 6, 2008], judgment be and is hereby entered in favor of the defendant Progressive Insurance Company, and all claims of the plaintiff are hereby dismissed from this case.

Dated at Hartford, Connecticut, this 29th day of May, 2008.

ROBERTA D. TABORA, Clerk
United States District Court

By ____/s/ SLS_____
   Sandra Smith
   Deputy Clerk